Pro Se 14 (INND Rev. 2/20)                                                                                   page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
APR 11 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Eberain Fields
[You are the PLAINTIFF, print your full name on this line.]

v.

Travis P Nolte
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:23cv119
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Travis P Nolte | Logansport Police Dept |
| 2 | [Put the names of any other defendants in these boxes.] Alex S Van tuinen | Logansport Police Dept |
| 3 | C Koe dam | Logansport Police Dept |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __8__

2. What is the name and address of your prison or jail? Westville Correctional Facility 5501-S 1100 W Westville IN 46391

3. Did the event you are suing about happen there? ◯ Yes. ● No, it happened at: _____

4. On what date did this event occur? 4/1/21

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

4. Jonathon Flory | Logansport Police Dept

5. Sheriff Ed Schroeder | Cass County Sheriff Dept

6. Hillary Hartoin | Cass County Pretrial Release

7. David Wagoner | Cass County House Arrest (Director)

8. City of Logansport | Mayors office of the City of Logansport

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. That on 4/1/21 I be. Ebenaia Feelds had Arrived in Logansport IN 46947 At Approximately 9:30pm.

2. That upon Arrival there was two passengers in my Vehicle Ashley Poschall, and Tholls (Last Name unknown)

3. That upon Arrival I Ebenaia Feelds had remove Ashley Poschall from my Ebenaia Feelds vehicle.

4. After removing Ashley Poshcall I proceeded to take Tholls home And proceeded to my residence.

5. upon Coming onto 3rd st in Logansport IN 46947 I proceeded to make A left turn to go to my home Ebenaia Feelds

6. upon getting onto 3rd St I observed to Logansport-police dept vehicles Coming South on 3rd st

7. As I Ebenaia Feelds proceeded to go North on 3rd st. The officers in the Logansport Police Dept Cars made A u turn, And proceeded to Stop my Vehicle (Ebenaia Feelds)

8. I Ebenaia Feelds not knowing why these officers (Aka I Identified As Travis Nolte and Jonathan Flory were stopping my Ebenaia Feelds vehicle. The Area was

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Dank and I Ebenair Feely did not know why Travis Nolte and Jonathan Flom was stopping my Ebenairs Feely vehicle. So I Ebenair Feely proceeded to my Residence.

9. Upon Arrival I Ebenair Feely pulled in the Drive way I Ebenair Feely grabbed my phone and proceeded to call my wife Menni Feely

10. Upon Making A Call I was rushed by Travis Nolte And Jonathan Flom upon obeying their command to come to the Car.

11. Upon Approaching Travis Nolte And Jonathan Flom I Ebenair Feely was was tripped to the ground by Travis Nolte face first to the ground, with force. And thrower over my stomach with his Travis Nolte knee in my back.

12. Johnathan Flom looked on and Failed to Intervene. At the time only question was Asked what did I do wrong to deserve the Excessive force.

13. As I got up from the ground C. Koedson failed to Intervene Excessive force. As well as Alec Vanhuinen. Failed to Intervene.

14. That on the month of Aug 2021. I received A police statement from Alec Vanhuinen 21-0644 in which I retrieved from the Police Dept.

15. In which Alec Vanhuinen Stated I did not Committ Any Crimes.

16. But on the same night Alec Vanhuinen Stated two hours later that he Alec Vanhuinen Seen me make

Continued

16. Ebenezer Fields a left turn without any signal.

17. This being two hours later. In which Alec VanHinnen falsified a police report because Ebenezer Fields was never on Smith St. Ebenezer Fields was currently in Jail.

18. Therefore other officers pursued the same claim officer Travis Nolte and C. Koedam proceeded with falsifying documents.

19. Further leading to the Prosecution Falsifying Documents, Prosecutorial Misconduct, Failure to Disclose Exculpatory Evidence and Introduction of False Evidence All of which had taking place by Deputy Prosecutor Coleman Beckly.

20. Furthermore Sheriff Ed Schroeder withheld Evidence which would have shown that officer Alec VanHinnen, Travis Nolte, C. Koedam committed misconduct and falsifying documents, had he Ed Shroeder gave up video showing the plaintiff was incarcerated. But Sheriff Ed Shroeder withheld such Evidence from Plaintiff therefore knowing and intentionally failed to intervene.

21. As well being on home detention Derick Wagoner and Hillary Hanlon failed to intervene on the false statement police reports and misconduct for Altering House Arrest Monitoring. That Hillary Hanlon and Derick Wagoner Altered Ebenezer Fields House Arrest whereabouts

22. The City of Logansport for Discrimination. And failure to train their officers properly.

23. That Ebenezer Fields brings this Claim on all Defendants under this Cause as well as Intentional Infliction of Emotional Distress, Created by the Actions of All Individuals in this claim All Defendants

24. The plaintiff Ebenezer Fields has discovery to pursue all claims against these defendants. But the plaintiff discovery most of which to show the Court is at the plaintiff's residence the plaintiff can produce all discovery requested to prove this claim.

Ebenezer Fields #184025

3/30/23

5. When did this event happen?
    - ● Before I was confined.
    - ○ While I was confined awaiting trial.
    - ○ After I was convicted while confined serving the sentence.
    - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    - ○ No.
    - ● Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    - ● No, this event is not grievable at this prison or jail.
    - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    The plaintiff would request 10,000,000 US dollars 300 dollars per day spent incancerated on these charges Plus Punitive Damage.

[Initial Each Statement]

_EP_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EP_ I will keep a copy of this complaint for my records.
_EP_ I will promptly notify the court of any change of address.
_EP_ I WILL NOT send more than one copy of any filing to the court.
_EP_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EP_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _3_/_30_/20_23_ at _9:00_ ●am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                                          _184025_
Signature                                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Additional Case file

1. 3:20-cv-118    pending
2. 3:22-cv-467   pending

Additional Case file