UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EBERAIA FIELDS,  )<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>TRAVIS P. NOLTE, *et al.*,  )<br>    Defendants.  ) | CAUSE NO.: 2:23-CV-119-JTM-JEM |

**ORDER**

Eberaia Fields, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events which occurred in Cass County which is located within the geographical boundaries of the South Bend Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the Court **DIRECTS** the Clerk of the Court to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED this 13th day of April, 2023.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*